(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>**Northern**          District of____**Illinois Eastern Division**____ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Draiman, Yehuda J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>**(if more than one, state all): 4279** | Last four digits of Soc. Sec No./Complete EIN or other Tax I.D.No.<br>**(if more than one, state all):** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2743 W Fitch Avenue, Chicago, IL. 60645** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook County** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| [✓] Individual(s) | [ ] Railroad | [✓] Chapter 7    [ ] Chapter 11    [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9    [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other____ | [ ] Clearing Bank | |

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business    [✓] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>[ ] | 16-49<br>[✓] | 50-99<br>[ ] | 100-199<br>[ ] | 200-999<br>[ ] |
|---|---|---|---|---|---|

| Estimated Assets | $0 to<br>$50,000<br>[ ] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[✓] | $500,001 to<br>$1 million<br>[ ] | $1,000,001 to<br>$10 million<br>[ ] | $10,000,001 to<br>$50 million<br>[ ] | $ |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to<br>$50,000<br>[ ] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[ ] | $500,001 to<br>$1 million<br>[✓] | $1,000,001 to<br>$10 million<br>[ ] | $10,000,001 to<br>$50 million<br>[ ] |
|---|---|---|---|---|---|---|

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/14/2005
Time: 9:43:55
Debtor: YEHUDA J DRAIMAN
Case: 05-54315          Fee : 209
Chapter: 7  Rec. # : 3141373
Judge: Carol Doyle
341 mtg:      /  /      @
Trustee: HORACE FOX, JR.

1:05BK54315-BK001

(Official Form 1) (12/03)                                                                                         FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Draiman Yehuda J** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Northern District of Illinois, Eastern Div** | Case Number:<br>**05B38487, 03B13318** | Date Filed:<br>**9/20/2005** |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Draiman Miriam** | Case Number:<br>**05B20535** | Date Filed:<br>**May 23, 2005** |
| District:<br>**northern district illinois** | Relationship:<br>**Wife** | Judge:<br>**Hon. Carol A. Doyle** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

773-743-3000
Telephone Number (If not represented by attorney)

October 14, 2005
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

## Yehuda Draiman Initial List of Creditors 10/14/2005 BK No. 05 B

1. Kenneth Ashman, 161 N. Clark St., Suit 3575, Chicago, IL. 60602 - $92,000 Secured via attorneys lien

2. Lawrence Y. Schwartz Ltd., 7354 N. Lincoln Ave, Suite 101, Lincolnwood, IL. 60712

3. Shlomo Giberstein 120 Orange Dr., Los Angeles, CA. 950234

4. David Draiman 2743 W. Fitch Avenue, Chicago, IL. 60645

5. Ziona Draiman 2743 W. Fitch Avenue, Chicago, IL. 60645

6. Benjamin Draiman 2743 W. Fitch Avenue, Chicago, IL. 60645

7. First Commercial Bank 6945 N. Clark St., Chicago, IL. 60626

1

## United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604
**Kenneth S. Gardner, Bankruptcy Clerk**

| | |
|---|---|
| Date | 10/11/2005 |
| Case Number | 05B38487 |
| Case Name | Yehuda Draiman |
| Notice of Appeal Filed | 11/07/2005 |
| Notice of Cross Appeal Filed | |

Dear Sir/Madam:

A Notice of Appeal having been filed pursuant to **Bankruptcy Rule 8002**, please be notified that the Record on Appeal will be transmitted to the United States District Court when the record is complete for the purpose of appeal.

**Bankruptcy Rule 8006** requires that, within ten (10) days of the filing of the Notice of Appeal, the Appellant must file the following with the Clerk of the United States Bankruptcy Court:

☐      A Designation of the Content of the Record on Appeal
☐      A Statement of the Issues to be presented on Appeal

If the above are not filed within the ten (10) day time period as provided by **Bankruptcy Rule 8006**, the appeal will not be perfected.

Any party filing a designation of the items to be included in the record shall provide to the clerk a copy of the items designated. If the party fails to provide the copy of the items designated, the clerk shall prepare the copy at the party's expense.

**Bankruptcy Rule 8006** further states: If the record designated by any party includes a transcript of any proceeding, the party shall, immediately after filing the designation, deliver to the reporter and file with the clerk a written request for the transcript and made satisfactory arrangements for payment of its cost.

**Local Rule 414 (B)** states: Upon request, parties shall make the exhibits and transcripts or copies thereof available to any other party to copy at its expense to enable that party to designate or prepare the record on appeal.

By Deputy Clerk      LaToya Henderson

cc: Bankruptcy Judge & Attorneys of Record

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Hearing Date  October 11, 2005

Honorable      Eugene R. Wedoff

Adversary No.

Bankruptcy Case No.         04 B 11665

Title of Case    Multiut Corporation

Brief
Statement of
Motion

Names and
Addresses of
moving
counsel

Representing

## ORDER

It is hereby ordered that      leave is given Yehuda Draiman to file a bankruptcy proceeding under Chapter 7 or

Chapter 11 of the United States Bankruptcy Code for the reasons stated in open court.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable    Eugene R. Wedoff

Bankruptcy Case No.    04 B 11689

Title of Case    Nachshon Draman

Hearing Date    October 11, 2005

Adversary No.

Brief Statement of Motion

Names and Addresses of moving counsel

Representing

## ORDER

It is hereby ordered that    leave is given Yehuda Draiman to file a bankruptcy proceeding under Chapter 7 or Chapter 11 of the United States Bankruptcy Code for the reasons stated in open court.

YEHUDA Draiman's oral argument – Judge Wedoff – Oct. 11, 2005 - 10:00 AM
Case Numbers 04 B 11665 and 04 B 11689 Multiut Corp. – Nachshon Draiman
Motion to declare Judge Schwartz Order executed on April 2, 2004 –
**UNCONSTITUTIONAL and UNENFORCEABLE.**

1. Your honor last year on March 28, 2004 at 3:00 PM during Multiut and Nachshon Draiman emergency motion in front of your honor you heard the motion to dismiss the involuntary petitions – the attorneys in the case lied to you about notice and service – my office is a one man office – myself only, and after 12 noon on Friday 3/28/04 I was not in the office until Sunday night, otherwise I would have been here with attorneys to represent the corporations – a neighbor in the office across told me the messenger service arrived at 3:00 pm, the fax was marked 1:30 PM.

2. You honor just like they misrepresented to you regarding service on 3/28/2004, their lies and deceit go way beyond it. This whole feud is **A COVER-UP OF AN ON-GOING FRAUD** by Multiut and Nachshon Draiman to intimidate and prevent me from cooperating with the government in exposing the over-billing fraud being perpetrated by Multiut and my brother Nachshon Draiman for the past 18 years – Multiut and Nachshon Draiman have been found in contempt of court 4 times in the past year in this very federal building. Stole $22 million from Dynegy which claims fraud and insolvency by Multiut and Nachshon Draiman, stole $43 million from Israel Discount Bank which claim fraud.

3. Your Honor the intent of the order here was to prevent from filing any other involuntary filing against Multiut and Nachshon Draiman by Yehuda Draiman and not to prevent Yehuda Draiman from filing personal bankruptcy. That is unconstitutional and unenforceable.

4. You honor will note that we are dealing with the firm of Greenberg Traurig LLP a firm that has a extensive bankruptcy experience. Had the lawyers known, I was violating an order that they drafted, they would be running to the Bankruptcy Court stating that I violated the order of Judge Schwartz executed on 4/2/2004 and therefore my bankruptcy petition should be dismissed. They did not do that. But instead they filed a motion to modify the automatic stay in order to continue the harassment and prevent me – deter me from cooperating with the government in the investigation **of an on going fraud that is being committed for the past 18 years** by Multiut and Nachshon Draiman. On the day our father died, Nachshon broke into our blind mothers safe – stole money, jewelry and the last will and testament – stole from my fathers business hundreds of thousands of dollars. He stole my telecom business asset worth over $3 million dollars and $1 million dollars in natural gas futures profits that belong to me and commissions etc.

5. See attached letter to Rabbi Berger and excerpts of transcript of 9/15/2005 an attorney Lawrence Y. Schwartz verifies the authenticity of the letter which incriminates Multiut and Nachshon Draiman, which was filed with this court. That is why Multiut and Nachshon Draiman filed a motion in front of Judge Doyle case no. 05 B 38487 to remove this letter of 1/5/2005 to Rabbi Berger which was forwarded to the Attorney Lawrence Y. Schwartz to forward to Rabbi Berger. (See attached transcript of 9/29/2005 in front of Hon. Judge Doyle). My brother Nachshon Draiman has attacked our sister and threatened to kill her, he has threatened and intimidated our blind elderly widowed mother that he would see to it that she be thrown out on the streets. The man named Nachshon is a

1

monster and not a human being, his behavior is unconscionable, spiteful and despicable.

6. Your honor what would you do if you were me. Would you not defend yourself and your family as best as you know how. Even if you are attacked by 3 law firms who have no regard for the law – they use intimidation, harassment, stalking and anything goes. They stole our Telecom business asset valued at over $3 million dollars, stole over a million dollars in Natural gas futures contracts profits that belong to me, stole my commissions, forged agreements in court that our expert witness stated that the ink was manufactured 2 years after Nachshon Draiman said he signed it.

7. Judge Doyle signed 3 Court orders on 9/29/2005, One order dismissing the Bankruptcy should have been sufficient, but she knew Judge Schwartz order not allowing me to file personal bankruptcy is illegal, therefore she signed an orders modifying the automatic stay and waiving the ten day Stay Rule 4001(a)(3).

8. We need to go on with our lives – Multiut/Nachshon have sold our house of 30 years twice already and are planning to sell it again – even though there is no equity in it. Multiut is even planning to buy the stock of our dissolved corporations that have judgments of over $1.2 million dollars.

9. I plead with this Court for a level playing field – and to balance some of the wrong that has been done to me and my wife – Order that I am permitted to file personal bankruptcy – the laws are changing very soon, any delay could make it much more difficult to adjudicate my bankruptcy in a fair manner.

10. Yehuda Draiman – October 11, 2005

2