UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DRAIMAN, YEHUDA J | ) | CASE NO. 05-54315 |
| | ) | |
| Debtor. | ) | Hon. CAROL DOYLE |

**TRUSTEE'S FINAL REPORT**

To: THE HONORABLE EUGENE R. WEDOFF
    BANKRUPTCY JUDGE

NOW COMES HORACE FOX, JR., Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 14, 2005. HORACE FOX, JR. was appointed Trustee on October 14, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $13,332,760.00. The trustee proposes to abandon the following property at the hearing, $420,000.00 in 2743 W. Fitch, Chgo IL 60645 with a lien of $576,000.00 which was sold for $0.00, $200.00 in Bank Financial checking, $200.00 in books, $50.00 in cash, $5,000,000.00 in claim v Nachson Draiman, $4,000,000.00 in claims v. Multiut, $300.00 in clothing, $1,300.00 in Household Goods, $0.00 in internet domain names, $0.00 in leased

vehicle, $0.00 in medical aides, $9,900.00 in pension, $60.00 in printer and desk, $750.00 in tools, $3,900,000.00 in UCS/Call receivables.

4. A summary of the trustee's final account as of February 16, 2009 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $7,887.14 |
| b. | DISBURSEMENTS (See Exhibit C) | | $12.96 |
| c. | NET CASH available for distribution | | $7,874.18 |
| d. | TRUSTEE PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $1,538.71 |
| | 2. | Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | | (a.) Bruce de 'Medici Attorney for Trustee Fees | $3,500.00 |
| | | (b.) Popowcer Katten, Ltd. Accountant for Trustee Fees | $840.00 |

5. The Bar Date for filing unsecured claims expired on March 15, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims | $5,878.71 |
| c. | Allowed Chapter 11 administrative | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $10,214.16 |

7. Trustee proposes that unsecured creditors receive a distribution of 19.54% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees , Bruce de 'Medici requested but not yet allowed is $3,500.00. Accountant for Trustee Fees , Popowcer Katten, Ltd. requested but not yet allowed is $840.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,878.71.

9.  A fee of $0.00 was paid to Debtor's Counsel for services rendered in connection with this case as debtor was a pro se debtor, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

Date: February 16, 2009

/s/ HORACE FOX, JR., Trustee
SIGNATURE

HORACE FOX, JR.
TRUSTEE NAME

6 East Monroe
Suite 1004
Chicago, IL 60603
ADDRESS

**TASKS PERFORMED BY TRUSTEE**
**EXHIBIT A**

Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

Reviewed the schedules of assets and liabilities filed by debtor.

Examined the debtor at the meetings of creditors.

Consulted with creditors and parties in interest regarding assets of the estate.

Reviewed the claims and prepared the final report.

Supervised accountant's preparation of Federal and State tax return.

**EXHIBIT B**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 05-54315 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 3/10/2009 | | | §341(a) Meeting Date: | 01/17/2006 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2 | 2743 W. Fitch, Chgo IL 60645 | $420,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Debtors, husband and wife each filed chapter 7's. Debtor M. Draiman was the only owner of a the beneficial interest in the truste which owned the residence. | | | | | |
| 3 | cash | $50.00 | $0.00 | DA | $0.00 | FA |
| 4 | Bank Financial checking | $200.00 | $0.00 | DA | $0.00 | FA |
| 5 | Household Goods | $1,300.00 | $0.00 | DA | $0.00 | FA |
| 6 | books | $200.00 | $0.00 | DA | $0.00 | FA |
| 7 | clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 8 | pension | $9,900.00 | $0.00 | DA | $0.00 | FA |
| 9 | UCS/Call receivables | $3,900,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | This and other receivables and causes of actions were purchased by Multiut, pursuant to Court order of 6.6.06 and therefore have no value. | | | | | |
| 10 | claim v Nachson Draiman | $5,000,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | These claims and causes of actions were purchased by Multiut, pursuant to court order of 6.6.06 and therefore have no value. | | | | | |
| 11 | claims v. Multiut | $4,000,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Claims v. Multiut, for commissions for Natural Gas Futures profits and take over of telecom asset income and reufnd du for Chicago Tax on natural gas overbilling. Theses claims were sold to Multiu pursuant to court order of 6.6.06, and therefore have no value. I have allocated the $7,500.00 purchase price amonst the three primary groups of claims | | | | | |
| 12 | leased vehicle | $0.00 | $0.00 | DA | $0.00 | FA |
| 13 | printer and desk | $60.00 | $60.00 | DA | $0.00 | FA |
| 14 | tools | $750.00 | $750.00 | DA | $0.00 | FA |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 16 | internet domain names (u) | $0.00 | $250.00 | DA | $250.00 | FA |
| **Asset Notes:** | internet domain names sold | | | | | |
| 17 | medical aides | $0.00 | $100.00 | DA | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $137.74 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

|  | $13,332,760.00 | $1,160.00 | | $387.74 | $0.00 |
|---|---|---|---|---|---|

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 05-54315 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | DRAIMAN, YEHUDA J | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 3/10/2009 | §341(a) Meeting Date: | 01/17/2006 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

The companion case, Miriam Draiman and this case is a bitter feud between brothers which has been before many judges in State and Federal courts. There may be little left in this case of value, there is a legal malpractice claim in the companion case. We sold certain rights of action to a significant creditor to generate a dividend. Collect check for domain name sale. Hire accountant, examine claims file final report.

Got final check for sale of domain names. If need be two sec creditors agree to subordinate their claims.7.16.08

Matt Gensberg got authority from his clients, Multiut and N. Draiman to subordinate the 2 secured claims to our admin claims. Bdm will document this agreement.

Status 9.30.08

Email to de'Medici to document subrogation agreement of secured claims to administrative claims to avoid objections and need for his time detail

Status 2.17.08/document subrogation of two secured claims to admin claims.

Status, 2.17.09

Final account submitted to UST 2.17.09

**Initial Projected Date Of Final Report (TFR):** 09/30/2007        **Current Projected Date Of Final Report (TFR):** 07/30/2009

**EXHIBIT C**

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-54315 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | 756791942 | | | Money Market Acct #: | 3754418275 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2006 | | GREENBERG & TRAURIG | sale of claims | 1129-000 | $7,500.00 | | $7,500.00 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.89 | | $7,503.89 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.37 | | $7,510.26 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.38 | | $7,516.64 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.17 | | $7,522.81 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.40 | | $7,529.21 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.19 | | $7,535.40 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.40 | | $7,541.80 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.41 | | $7,548.21 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.79 | | $7,554.00 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.41 | | $7,560.41 |
| 04/03/2007 | 101 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $6.00 | $7,554.41 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.22 | | $7,560.63 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.42 | | $7,567.05 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.21 | | $7,573.26 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.44 | | $7,579.70 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.44 | | $7,586.14 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $4.83 | | $7,590.97 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $4.84 | | $7,595.81 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $0.95 | | $7,596.76 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $7,596.76 | $0.00 |

**SUBTOTALS** $7,602.76 $7,602.76

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-54315 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | 756791942 | | Money Market Acct #: | 3754418275 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $7,602.76 | $7,602.76 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $0.00 | $7,596.76 | |
|  |  |  | **Subtotal** | | $7,602.76 | $6.00 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $7,602.76 | $6.00 | |

**For the period of 10/14/2005 to 3/10/2009**

| | |
|---|---|
| Total Compensable Receipts: | $7,602.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,602.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.00 |
| Total Internal/Transfer Disbursements: | $7,596.76 |

**For the entire history of the account between 06/07/2006 to 3/10/2009**

| | |
|---|---|
| Total Compensable Receipts: | $7,602.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,602.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.00 |
| Total Internal/Transfer Disbursements: | $7,596.76 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54315 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756791942 | | | Checking Acct #: | 7117054315 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # 8117054315 | Transfer For Bond Payment | 9999-000 | $6.96 | | $6.96 |
| 04/02/2008 | 101 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.96 | $0.00 |
| | | | **TOTALS:** | | $6.96 | $6.96 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6.96 | $0.00 | |
| | | | Subtotal | | $0.00 | $6.96 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6.96 | |

| For the period of 10/14/2005 to 3/10/2009 | | For the entire history of the account between 03/31/2008 to 3/10/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6.96 | Total Internal/Transfer Receipts: | $6.96 |
| | | | |
| Total Compensable Disbursements: | $6.96 | Total Compensable Disbursements: | $6.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.96 | Total Comp/Non Comp Disbursements: | $6.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54315 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756791942 | | | Money Market Acct #: | 8117054315 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $7,596.76 | | $7,596.76 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.87 | | $7,599.63 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $3.87 | | $7,603.50 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $3.68 | | $7,607.18 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.01 | | $7,610.19 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.95 | | $7,613.14 |
| 04/02/2008 | | Transfer To  # 7117054315 | Transfer For Bond Payment | 9999-000 | | $6.96 | $7,606.18 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.49 | | $7,608.67 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.58 | | $7,611.25 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.50 | | $7,613.75 |
| 07/07/2008 | (16) | Multiut Corporation | Domain Names | 1229-000 | $250.00 | | $7,863.75 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.45 | | $7,866.20 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.00 | | $7,868.20 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.93 | | $7,870.13 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.53 | | $7,871.66 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.01 | | $7,872.67 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.84 | | $7,873.51 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.67 | | $7,874.18 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.60 | | $7,874.78 |

**SUBTOTALS** $7,881.74  $6.96

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54315 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756791942 | | Money Market Acct #: | 8117054315 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $7,881.74 | $6.96 | $7,874.78 |
| | | | Less: Bank transfers/CDs | | $7,596.76 | $6.96 | |
| | | | Subtotal | | $284.98 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $284.98 | $0.00 | |

| For the period of 10/14/2005 to 3/10/2009 | | For the entire history of the account between 11/08/2007 to 3/10/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $284.98 | Total Compensable Receipts: | $284.98 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $284.98 | Total Comp/Non Comp Receipts: | $284.98 |
| Total Internal/Transfer Receipts: | $7,596.76 | Total Internal/Transfer Receipts: | $7,596.76 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6.96 | Total Internal/Transfer Disbursements: | $6.96 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54315 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756791942 | Money Market Acct #: | 8117054315 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,887.74 | $12.96 | $7,874.78 |

**For the period of 10/14/2005 to 3/10/2009**

| | |
|---|---|
| Total Compensable Receipts: | $7,887.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,887.74 |
| Total Internal/Transfer Receipts: | $7,603.72 |
| | |
| Total Compensable Disbursements: | $12.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.96 |
| Total Internal/Transfer Disbursements: | $7,603.72 |

**For the entire history of the case between 10/14/2005 to 3/10/2009**

| | |
|---|---|
| Total Compensable Receipts: | $7,887.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,887.74 |
| Total Internal/Transfer Receipts: | $7,603.72 |
| | |
| Total Compensable Disbursements: | $12.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.96 |
| Total Internal/Transfer Disbursements: | $7,603.72 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DRAIMAN, YEHUDA J | ) | CASE NO. 05-54315 |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

## DISTRIBUTION REPORT

I, HORACE FOX, JR., Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,878.71 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $1,995.47 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $7,874.78 |

# CLAIMS DISTRIBUTION REGISTER
## EXHIBIT D
CASE: 05-54315 DRAIMAN, YEHUDA J

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| | 07/08/2008 | Horace Fox<br>6 East Monroe # 1004<br>Chicago , IL 60603<br>**NOTES:** | 2100-000 | $1,538.71 | $1,538.71 | $.00 | $1,538.71 | $1,538.71 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | $1,538.71 | $1,538.71 | $0.00 | $1,538.71 | $1,538.71 |
| **Attorney for Trustee Fees (Other Firm)** | | | | | | | | |
| | 07/08/2008 | Bruce de 'Medici<br>150 N. Michigan<br>3300<br>Chicago , IL 60601 | 3210-000 | $3,500.00 | $3,500.00 | $.00 | $3,500.00 | $3,500.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | $3,500.00 | $3,500.00 | $0.00 | $3,500.00 | $3,500.00 |
| **Accountant for Trustee Fees (Other Firm)** | | | | | | | | |
| | 07/08/2008 | Popowcer Katten, Ltd.<br>35 E. Wacker, #1550<br>Chicago , IL 60601--2207 | 3410-000 | $840.00 | $840.00 | $.00 | $840.00 | $840.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Accountant for Trustee Fees (Other Firm)** | | | | $840.00 | $840.00 | $0.00 | $840.00 | $840.00 |
| **General Unsecured 726(a)(2) Claims** | | | | | | | | |
| 3 | 01/03/2007 | First National SD<br>PO BOX 3437<br>OMAHA , NE 68103 | 7100-000 | $10,214.16 | $10,214.16 | $.00 | $10,214.16 | $1,995.47 |
| **Percent Paid:** | | | 19.54% | | | | | |
| **Total for General Unsecured 726(a)(2) Claims** | | | | $10,214.16 | $10,214.16 | $0.00 | $10,214.16 | $1,995.47 |
| **Case Totals** | | | | $16,092.87 | $16,092.87 | $0.00 | $16,092.87 | $7,874.18 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____ _____

HORACE FOX, JR., Trustee