UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DRAIMAN, YEHUDA J | ) | CASE NO. 05-54315 |
| | ) | |
| Debtor. | ) | Hon. CAROL DOYLE |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

    On: **May 7, 2009**              Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $7,887.14 |
    | Disbursements | $12.96 |
    | Net Cash Available for Distribution | $7,874.18 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Horace Fox<br>Trustee | $.00 | $1,538.71 | |
| Bruce de 'Medici<br>Attorney | $.00 | $3,500.00 | |
| Popowcer Katten, Ltd.<br>Accountant | $.00 | $840.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7. Claims of general unsecured creditors totaling $10,214.16 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 19.54%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | First National SD | $10,214.16 | $1,995.47 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

DATED: **April 6, 2009**                    For the Court,

By: KENNETH S. GARDNER

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | HORACE FOX, JR. |
| Address: | 6 East Monroe
Suite 1004
Chicago, IL 60603 |
| Phone No.: | ((31) 2) -5642 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1                   User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 06, 2009
Case: 05-54315                         Form ID: pdf002              Total Served: 31
```

The following entities were served by first class mail on Apr 08, 2009.
```
db          +Yehuda J Draiman,   2743 W Fitch Ave,   Chicago, IL 60645-3003
aty         +Bruce E de'Medici,   150 North Michigan Avenue,   3300,   Chicago, IL 60601-7621
aty         +Patrick G. Somers,   Mandell Menkes LLC,   333 W. Wacker Drive,   Chicago, IL 60606-1220
10469888    +ALTHEIEMER AND GRAY,   10 S WACKER DR,   CHICAGO, IL 60606-7453
10469880    +BANK ONE DELAWARE NA,   800 BROOKSTAGE BLVD,   WESTERVILLE, OH 43081-2822
10415820    +BENJAMIN DRAIMAN,   2743 W FITCH AVENUE,   CHICAGO, IL 60645-3003
10469890    +CAPITAL MGMT SERVICES,   726 EXCHANGE ST SUITE 700,   BUFFALO, NY 14210-1464
10469881    +CHASE,   100 DUFFY AVE,   HICKSVILLE, NY 11801-3636
10469883    +CITIBANK,   PO BOX 15687,   WILMINGTON, DE 19886-5687
10469882    +CITIBANK,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
10469870    +COOK COUNTY ASSESSOR,   118 N CLARK ST RM 222,   CHICAGO, IL 60602-1588
10415818    +DAVID DRAIMAN,   2743 W FITCH AVENUE,   CHICAGO, IL 60645-3003
10415821    +FIRST COMMERCIAL BANK,   6945 N CLARK ST,   CHICAGO, IL 60626-3298
10469877    +FIRST NATIONAL SD,   PO BOX 3437,   OMAHA, NE 68103-0437
10469887    +GLEN SEIDEN/AZULAY HORN,   220 N MICHIGAN AVE,   CHICAGO, IL 60601
10469871   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  INTERNAL REVENUE SERVICE,   KANSA CITY, MO 64999)
10415815    +KENNETH ASHMAN,   161 N CLARK ST,   SUITE 3575,   CHICAGO, IL 60601-3214
10415816     LAWRENCE Y SCHWARTZ LTD,   7354 N LINCOLN AVE SUITE 101,   LINCOLNWOOD, IL 60712
10469886    +MBNA,   PO BOX 15026,   WILMINGTON, DE 19850-5026
10693310    +Multiut Corporation,   c/o Matthew T. Gensburg,   Greenberg Traurig, LLP,
              77 W. Wacker Dr., Ste. 2500,   Chicago, IL 60601-1643
10469874    +NACHSHON DRAIMAN,   195 HARBOR DR UNIT 520,   CHICAGO, IL 60601-7519
10469879    +NATIONAS BANK,   820 SILVER LAKE BLVD,   DOVER, DE 19904-2464
10693311    +Nachshon Draiman,   c/o Matthew T. Gensburg,   Greenberg Traurig, LLP,
              77 W. Wacker Dr., Ste. 2500,   Chicago, IL 60601-1643
10469878    +PDI MGMT SERVICES,   3200 PARK CENTER DR STE,   COSTA MESA, CA 92626-7163
10469889    +SHLOMO GIBERSTEIN,   120 N ORANGE DR,   LOS ANGELOS, CA 90036-3015
10415817    +SHLOMO GIBERSTEIN,   120 ORANGE DR,   LOS ANGELES CA 90036-3015
10469875    +TDK - MC,   7514 SKOKIE BLVD,   SKOKIE, IL 60077-3377
10415819    +ZIONA DRAIMAN,   2743 W FITCH AVENUE,   CHICAGO,IL 60645-3003
```

The following entities were served by electronic transmission on Apr 07, 2009.
```
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                            Horace Fox, JR,   Lehman & Fox,
              6 E Monroe St,   Chicago, IL 60603-2704
10469884    +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2009 04:43:16      CONSECO FINANCE,   1400 TURBINE DR,
              RAPID CITY, SD 57703-4719
10469885     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 07 2009 04:16:40      DISCOVER,   12 READS WAY,
              NEW CASTLE, DE 19720
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10469876     CITIBANK,   PO BOX 6003,   HAGERSTOWN,
10469869     COOK COUNTY COLLECTOR,   118 N CLARK,   CHI
10469872     ILLINOIS DEPARTMENT OF REVENUE
10469873     MULTIUT CORP,   7514 SKOKIE BLVD,   SKOKIE
                                                                                              TOTALS: 4, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2009**                    **Signature:** *Joseph Speetjens*