**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-54315 |
| | § | |
| YEHUDA J DRAIMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $13,332,760.00 | Assets Exempt: | $12,900.00 |
| Total Distributions to Claimants: | $1,999.44 | Claims Discharged Without Payment: | $72,114.72 |
| Total Expenses of Administration: | $5,891.67 | | |

3) Total gross receipts of $7,891.11 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,891.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $606,000.00 | $2,855,886.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,891.67 | $5,891.67 | $5,891.67 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $54,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $9,900.00 | $10,214.16 | $10,214.16 | $1,999.44 |
| **Total Disbursements** | $669,900.00 | $2,871,991.83 | $16,105.83 | $7,891.11 |

4). This case was originally filed under chapter 7 on 10/14/2005. The case was pending for 58 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2010          By:  /s/ Horace Fox, Jr.
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| claims v. Multiut | 1129-000 | $7,500.00 |
| internet domain names | 1229-000 | $250.00 |
| Interest Asset | 1270-000 | $141.11 |
| **TOTAL GROSS RECEIPTS** | | $7,891.11 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cook county collector | 4110-000 | $17,000.00 | NA | $0.00 | $0.00 |
| David Draiman | 4110-000 | $30,000.00 | NA | $0.00 | $0.00 |
| David Draiman | 4110-000 | $145,000.00 | NA | $0.00 | $0.00 |
| First commercial Bank | 4110-000 | $414,000.00 | NA | $0.00 | $0.00 |
| Multiut Corporation | 4110-000 | NA | $2,380,886.00 | $0.00 | $0.00 |
| Nachshon Draiman | 4110-000 | NA | $475,000.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $606,000.00 | $2,855,886.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,538.71 | $1,538.71 | $1,538.71 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $6.00 | $6.00 | $6.00 |
| International Sureties, LTD. | 2300-000 | NA | $6.96 | $6.96 | $6.96 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3410-000 | NA | $840.00 | $840.00 | $840.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,891.67 | $5,891.67 | $5,891.67 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cook County Ave | 5800-000 | $17,000.00 | NA | NA | $0.00 |
| David Draiman | 5800-000 | $30,000.00 | NA | NA | $0.00 |
| IL Department of Revenue | 5800-000 | $1,000.00 | NA | NA | $0.00 |
| Il Dept of Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| Internal Revenue Service | 5800-000 | $6,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $54,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Altheiermer and Gray | 7100-000 | $0.00 | NA | NA | $0.00 |
| Bank One Delaware NA | 7100-000 | $0.00 | NA | NA | $0.00 |
| Caoital Mgmt Service | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Conseco Finance | 7100-000 | $0.00 | NA | NA | $0.00 |
| Discover | 7100-000 | $0.00 | NA | NA | $0.00 |
| First National SD | 7100-000 | $0.00 | $10,214.16 | $10,214.16 | $1,999.44 |
| Glen Seiden/Azulay Horn | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lawrence Y Schwartz | 7100-000 | $9,900.00 | NA | NA | $0.00 |
| MBNA | 7100-000 | $0.00 | NA | NA | $0.00 |
| Multiut Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nachshon Draiman | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nations Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| PDI Mgmt services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Shlomo Giberstein | 7100-000 | $0.00 | NA | NA | $0.00 |
| TDK-MC | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $9,900.00 | $10,214.16 | $10,214.16 | $1,999.44 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Case 05-54315    Doc 123    Filed 08/31/10    Entered 08/31/10 16:17:22    Desc Main
Document      Page 6 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 05-54315 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 8/20/2010 | | | §341(a) Meeting Date: | 01/17/2006 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2 | 2743 W. Fitch, Chgo IL 60645 | $420,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Debtors, husband and wife each filed chapter 7's. Debtor M. Draiman was the only owner of a the beneficial interest in the truste which owned the residence. | | | | | |
| 3 | cash | $50.00 | $0.00 | DA | $0.00 | FA |
| 4 | Bank Financial checking | $200.00 | $0.00 | DA | $0.00 | FA |
| 5 | Household Goods | $1,300.00 | $0.00 | DA | $0.00 | FA |
| 6 | books | $200.00 | $0.00 | DA | $0.00 | FA |
| 7 | clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 8 | pension | $9,900.00 | $0.00 | DA | $0.00 | FA |
| 9 | UCS/Call receivables | $3,900,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | This and other receivables and causes of actions were purchased by Multiut, pursuant to Court order of 6.6.06 and therefore have no value. | | | | | |
| 10 | claim v Nachson Draiman | $5,000,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | These claims and causes of actions were purchased by Multiut, pursuant to court order of 6.6.06 and therefore have no value. | | | | | |
| 11 | claims v. Multiut | $4,000,000.00 | $0.00 | DA | $7,500.00 | FA |
| Asset Notes: | Claims v. Multiut, for commissions for Natural Gas Futures profits and take over of telecom asset income and reufnd du for Chicago Tax on natural gas overbilling. Theses claims were sold to Multiu pursuant to court order of 6.6.06, and therefore have no value. I have allocated the $7,500.00 purchase price amonst the three primary groups of claims | | | | | |
| 12 | leased vehicle | $0.00 | $0.00 | DA | $0.00 | FA |
| 13 | printer and desk | $60.00 | $60.00 | DA | $0.00 | FA |
| 14 | tools | $750.00 | $750.00 | DA | $0.00 | FA |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 16 | internet domain names (u) | $0.00 | $250.00 | DA | $250.00 | FA |
| Asset Notes: | internet domain names sold | | | | | |
| 17 | medical aides | $0.00 | $100.00 | DA | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $141.11 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$13,332,760.00    $1,160.00    $7,891.11    $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 05-54315 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 8/20/2010 | | §341(a) Meeting Date: | 01/17/2006 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

The companion case, Miriam Draiman and this case is a bitter fued between brothers which has been before many judges in State and Federal courts.  There may be little left in this case of value, there is a legal malpractice claim in the companion case.  We sold certain rights of action to a significant creditor to generate a dividend.  Collect check for domain name sale.

Hire accountant, examine claims file final report.

Got final check for sale of domain names.  If need be two sec creditors agree to subordinate their claims.7.16.08

Matt Gensberg got authority from his clients, Multiut and N. Draiman to subordinate the 2 secured claims to our admin claims.  Bdm will document this agreement.

Status 9.30.08

Email to de'Medici to document subrogation agreement of secured claims to administrative claims to avoid objections and need for his time detail

Status 2.17.08/document subrogation of two secured claims to admin claims.

Status, 2.17.09

Final account submitted to UST 2.17.09 and fee orders entered 5.21.09

cut checks, await zero balance statement.

Have zero balance bank statment. Do final account. 5.22.10

**Initial Projected Date Of Final Report (TFR):**   09/30/2007           **Current Projected Date Of Final Report (TFR):**   07/30/2009

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 05-54315 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******1942 | | Money Market Acct #: | ******8275 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2006 | (11) | GREENBERG & TRAURIG | sale of claims to Multi-ut, pursuant to court order of 6.7.06 | 1129-000 | $7,500.00 | | $7,500.00 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.89 | | $7,503.89 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.37 | | $7,510.26 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.38 | | $7,516.64 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.17 | | $7,522.81 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.40 | | $7,529.21 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.19 | | $7,535.40 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.40 | | $7,541.80 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.41 | | $7,548.21 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.79 | | $7,554.00 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.41 | | $7,560.41 |
| 04/03/2007 | 101 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $6.00 | $7,554.41 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.22 | | $7,560.63 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.42 | | $7,567.05 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.21 | | $7,573.26 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.44 | | $7,579.70 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.44 | | $7,586.14 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $4.83 | | $7,590.97 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $4.84 | | $7,595.81 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $0.95 | | $7,596.76 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $7,596.76 | $0.00 |

                       **SUBTOTALS**    $7,602.76    $7,602.76

Case 05-54315    Doc 123    Filed 08/31/10    Entered 08/31/10 16:17:22    Desc Main
Document    Page 9 of 13    Page No: 2    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54315 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******1942 | | Money Market Acct #: | ******8275 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $7,602.76 | $7,602.76 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,596.76 | |
| | | | **Subtotal** | | $7,602.76 | $6.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,602.76 | $6.00 | |

**For the period of 10/14/2005 to 8/20/2010**

| | |
|---|---|
| Total Compensable Receipts: | $7,602.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,602.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.00 |
| Total Internal/Transfer Disbursements: | $7,596.76 |

**For the entire history of the account between 06/07/2006 to 8/20/2010**

| | |
|---|---|
| Total Compensable Receipts: | $7,602.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,602.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.00 |
| Total Internal/Transfer Disbursements: | $7,596.76 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54315 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1942 | | | Checking Acct #: | ******4315 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******4315 | Transfer For Bond Payment | 9999-000 | $6.96 | | $6.96 |
| 04/02/2008 | 101 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.96 | $0.00 |
| 12/24/2009 | | Transfer From: MMA # ******4315 | Transfer to Close Account | 9999-000 | $7,878.15 | | $7,878.15 |
| 12/24/2009 | 102 | Horace Fox | Trustee Compensation | 2100-000 | | $1,538.71 | $6,339.44 |
| 12/24/2009 | 103 | Bruce de 'Medici | Final Dividend: 44.42; Amount Allowed: 3,500.00; | 3210-000 | | $3,500.00 | $2,839.44 |
| 12/24/2009 | 104 | Popowcer Katten, Ltd. | Final Dividend: 10.66; Amount Allowed: 840.00; | 3410-000 | | $840.00 | $1,999.44 |
| 12/24/2009 | 105 | First National SD | Final Claim #: 3; Dividend: 25.37; Amount Allowed: 10,214.16; | 7100-000 | | $1,999.44 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $7,885.11 | $7,885.11 | $0.00 |
| **Less: Bank transfers/CDs** | $7,885.11 | $0.00 | |
| **Subtotal** | $0.00 | $7,885.11 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $7,885.11 | |

| For the period of 10/14/2005 to 8/20/2010 | | For the entire history of the account between 03/31/2008 to 8/20/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,885.11 | Total Internal/Transfer Receipts: | $7,885.11 |
| | | | |
| Total Compensable Disbursements: | $7,885.11 | Total Compensable Disbursements: | $7,885.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,885.11 | Total Comp/Non Comp Disbursements: | $7,885.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54315 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1942 | | | Money Market Acct #: | ******4315 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $7,596.76 | | $7,596.76 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.87 | | $7,599.63 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $3.87 | | $7,603.50 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $3.68 | | $7,607.18 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.01 | | $7,610.19 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.95 | | $7,613.14 |
| 04/02/2008 | | Transfer To  # ******4315 | Transfer For Bond Payment | 9999-000 | | $6.96 | $7,606.18 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.49 | | $7,608.67 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.58 | | $7,611.25 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.50 | | $7,613.75 |
| 07/07/2008 | (16) | Multiut Corporation | Domain Names | 1229-000 | $250.00 | | $7,863.75 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.45 | | $7,866.20 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.00 | | $7,868.20 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.93 | | $7,870.13 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.53 | | $7,871.66 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.01 | | $7,872.67 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.84 | | $7,873.51 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.67 | | $7,874.18 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.60 | | $7,874.78 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.52 | | $7,875.30 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.32 | | $7,875.62 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.33 | | $7,875.95 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.32 | | $7,876.27 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.33 | | $7,876.60 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.33 | | $7,876.93 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.32 | | $7,877.25 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.33 | | $7,877.58 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.32 | | $7,877.90 |
| | | | **SUBTOTALS** | | $7,884.86 | $6.96 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.                  | 05-54315         | Trustee Name:              | Horace Fox, Jr.   |
|---------------------------|------------------|----------------------------|-------------------|
| Case Name:                | DRAIMAN, YEHUDA J| Bank Name:                 | STERLING BANK     |
| Primary Taxpayer ID #:    | ******1942       | Money Market Acct #:       | ******4315        |
| Co-Debtor Taxpayer ID #:  |                  | Account Title:             | MMA               |
| For Period Beginning:     | 10/14/2005       | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending:        | 8/20/2010        | Separate bond (if applicable): |               |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/24/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 12/24/2009 | 1270-000 | $0.25 | | $7,878.15 |
| 12/24/2009 | | Transfer To: # ******4315 | Transfer to Close Account | 9999-000 | | $7,878.15 | $0.00 |
| | | | **TOTALS:** | | $7,885.11 | $7,885.11 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,596.76 | $7,885.11 | |
| | | | Subtotal | | $288.35 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $288.35 | $0.00 | |

| For the period of 10/14/2005 to 8/20/2010 | | For the entire history of the account between 11/08/2007 to 8/20/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $288.35 | Total Compensable Receipts: | $288.35 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $288.35 | Total Comp/Non Comp Receipts: | $288.35 |
| Total Internal/Transfer Receipts: | $7,596.76 | Total Internal/Transfer Receipts: | $7,596.76 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,885.11 | Total Internal/Transfer Disbursements: | $7,885.11 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-54315 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | DRAIMAN, YEHUDA J | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1942 | Money Market Acct #: | ******4315 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,891.11 | $7,891.11 | $0.00 |

**For the period of 10/14/2005 to 8/20/2010**

| Total Compensable Receipts: | $7,891.11 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,891.11 |
| Total Internal/Transfer Receipts: | $15,481.87 |
| | |
| Total Compensable Disbursements: | $7,891.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,891.11 |
| Total Internal/Transfer Disbursements: | $15,481.87 |

**For the entire history of the case between 10/14/2005 to 8/20/2010**

| Total Compensable Receipts: | $7,891.11 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,891.11 |
| Total Internal/Transfer Receipts: | $15,481.87 |
| | |
| Total Compensable Disbursements: | $7,891.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,891.11 |
| Total Internal/Transfer Disbursements: | $15,481.87 |